| | |
|---|---|
| 1  GEOFFREY L. GILES, ESQ. | |
|    527 California Avenue | Filed ECF |
| 2  P.O. Box 93 | |
|    Reno, Nevada 89504 | 1/10/06 |
| 3  (775) 329-4999 | |
|    Attorney for Debtors | |

### UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

\* \* \*

IN RE:

DINAH REESE-PIKE

    Debtor(s)

Case No: BK-N-05-53279-GWZ
(Chapter 7)

TRUSTEE: COPPA-KNUDSON

### AMENDMENT COVER SHEET

**Amendment(s) to the following are transmitted herewith. Check all that apply.**

- ( ) Petition (must be signed by debtors *and* attorney for debtor per Fed. R Bankr. P, 9001)
- ( ) Summary of Schedules
- ( ) Schedule A-Real property
- ( ) Schedule B-Personal Property
- ( ) Schedule C-Property Claimed as Exempt
- (X) Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders

    (X) Add/deleted creditor(s), change amount or classification of debt- **$26.00 fee required**
    ( ) Add/change address of already listed creditors, add name/address of attorney for already listed creditor, amend petition on converted case, supply missing document(s) - **no fee**
    \* Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

- ( ) Schedule G- Schedule of Executory Contracts & Expired Leases
- ( ) Schedule H- Co-debtors
- ( ) Schedule I- Current Income of Individual Debtor(s)
- ( ) Schedule J- Current Expenditures of Individual Debtor(s)
- ( ) Statement of Financial Affairs
- ( ) Other:_____

### Declaration of Debtor

I (we) declare under penalty of perjury, that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my )our) information and belief.

_/s/ Dinah D. Reese-Pike_       _____
**Debtor's Signature**      **Joint Debtor's Signature**

Date: 1/9/06      Date:_____